

# NUMBER 13-21-00460-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **K & K INEZ PROPERTIES, LLC, DAVID KUCERA, AND VALERIE KUCERA,** | **Appellants,** |
| **v.** | |
| **CLAY KOLLE AND LACY KOLLE,** | **Appellees.** |

### On appeal from the 135th District Court of Victoria County, Texas.

# ORDER

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

On August 29, 2022, appellants David Kucera and Valerie Kucera filed a "Notice of Stay Because of Bankruptcy." According to the notice, these appellants are currently the subject of a proceeding under Chapter 11 of the United States Bankruptcy Code, currently pending in cause number 22-60050 in the United States Bankruptcy Court for

the Southern District of Texas. The bankruptcy proceeding was filed on August 26, 2022. *See* TEX. R. APP. P. 8.1. Appellants thus asserted that this appeal was subject to an automatic stay. On September 7, 2022, appellants filed a "Notice of Modification of Bankruptcy Stay" informing us that the bankruptcy court issued an order on September 6, 2022, modifying the automatic stay to allow the appeal in this Court to proceed. Accordingly, this appeal will proceed pursuant to the appellate rules, and appellants' reply brief will be due on September 28, 2022.

PER CURIAM

Delivered and filed on the
12th day of September, 2022.